IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANGHAI FORETEX FASHION CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>WES AND WILLY, LLC,  RYCAM, INC.,<br><br>Defendants. | **8:14CV106**<br><br>**MEMORANDUM AND ORDER** |

Defendant Wes and Willy, L.L.C. has served answers to the plaintiff's written discovery.  See, Filing No. 30.

Accordingly,

IT IS ORDERED that Defendant Wes and Willy, L.L.C.'s motion to extend the deadline for responding to the plaintiff's written discovery requests, (Filing No. 28), and the plaintiff's motion for leave to file its response instanter, (Filing No. 29), are denied as moot.

July 11, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge