IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANGHAI FORETEX FASHION CO., LTD., | |
| Plaintiff, | 8:14CV106 |
| vs. | ORDER |
| WES AND WILLY, LLC, RYCAM, INC., WILLIAM J. MULLEN, | |
| Defendants. | |

As requested in the parties' motion, (Filing No. 53), which is hereby granted, the deadlines within the final progression order, (Filing No. 18), are extended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is December 1, 2014.

2) The deadlines for identifying expert witnesses expected to testify at trial are:

   For the plaintiff:    September 15, 2014.
   For the defendants: October 15, 2014.

3) The deadlines to complete expert disclosures (both retained experts (Fed. R. Civ. P. 26(a)(2)(B)) and non-retained experts (Fed. R. Civ. P. 26(a)(2)(C)) are:

   For the plaintiff:    December 1, 2014.
   For the defendant:  January 2, 2015.

4) The deposition deadline is January 30, 2015.

5) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds is February 15, 2015. However, if any such motions are filed after December 10, 2014, the pretrial conference and trial may be continued on the court's own motion.

August 26, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge