IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANGHAI FORETEX FASHION CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>WES AND WILLY, LLC, RYCAM, INC., WILLIAM J. MULLEN,<br><br>Defendants. | 8:14CV106<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The parties' stipulation to extend deadlines, (Filing No. 62), is granted, and the plaintiff's motion for leave to file plaintiff's expert witness reports out of time, (Filing No. 61), is therefore denied as moot.

2) The final progression order is amended as follows:

   a. The trial and pretrial conference dates remain in effect.

   b. A telephonic conference with the undersigned magistrate judge remains scheduled for **December 23, 2014** at **10:30 a.m.** to discuss the status of case progression, potential settlement, and any need to change the pretrial conference and trial dates. Counsel for plaintiff shall place the call.

   c. The deadline for completing written and deposition discovery February 27, 2015. Any motions to compel must be filed by March 9, 2015. **Note:** To facilitate a prompt determination on any discovery issues, motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

   d. The plaintiff's deadline for serving complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is December 17, 2014.

   e. The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds is March 16, 2015.

December 8, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge