IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANGHAI FORETEX FASHION CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> WES AND WILLY, LLC, RYCAM, INC., WILLIAM J. MULLEN, <br><br> Defendants. | 8:14CV106 <br><br> **ORDER** |

During the conference call held today, the parties' counsel explained that the parties are attempting to settle this case and they need additional time to determine their options for doing so. To further those efforts, and to limit expenditures on potentially unnecessary discovery,

IT IS ORDERED:

1) The case progression schedule is stayed pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on **February 25, 2015** at **9:00 a.m.** to discuss the current status of the parties settlement efforts or to set a new progression schedule for trial. Counsel for plaintiff shall place the call.

3) This call will be cancelled and a deadline will be set for filing dismissal documents if, prior to the call, the parties advise my chambers by telephone ((402) 437-1670) or by email (zwart@ned.uscourts.gov) that the parties' have fully settled the case.

December 23, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge