IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANGHAI FORETEX FASHION CO., LTD.,<br><br>                    Plaintiff,<br><br>vs.<br><br>WES AND WILLY, LLC, RYCAM, INC., WILLIAM J. MULLEN,<br><br>                    Defendants. | **8:14CV106**<br><br>**ORDER** |

The plaintiff's motion to seal, (Filing No. 69), is granted in part and denied in part as follows:

1) Filing No. 70, Filing No. 71, and Filing No. 71-3 as redacted by the court (see attached), shall be filed on the public docket.

2) Filing No. 71-1 shall be filed as a restricted access document.

3) Filing No. 71-2 shall remain filed under seal.

February 9, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANGHAI FORETEX FASHION CO., LTD., | ) | Case No. 8:14CV106 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | AFFIDAVIT OF STEVEN E. ACHELPOHL |
| WES AND WILLY, LLC, RYCAM, INC. and WILLIAM J. MULLEN, | ) ) ) ) | |
| Defendants. | ) | |

Steven E. Achelpohl, being first duly sworn, states as follows:

1. I am counsel for Plaintiff in the above-entitled case.

2. I have personal knowledge of the facts related in this Affidavit.

3. I am competent to testify about the matters in this Affidavit.

4. Attached to this Affidavit as Exhibit 1, and incorporated herein by this reference, is a history of the payments of Plaintiff Shanghai Foretex Fashion Co., Ltd. ("Shanghai").

5. Shanghai owes Gross & Welch, PC, LLO            in fees and costs incurred in representing Shanghai in the above-entitled case. See the Gross & Welch, PC, LLO invoice attached hereto as Exhibit 2 and incorporated herein by this reference.

6. Shanghai expressed to counsel for Shanghai in an email dated February 6, 2015, that Shanghai would not pay counsel for Plaintiff. See the email dated February 6, 2015, attached hereto as Exhibit 3 and incorporated herein by this reference.



EXHIBIT C

7. Counsel for Plaintiff addressed in great detail concerns Plaintiff communicated to counsel for Plaintiff regarding representation of this case. See Exhibit 3, email dated February 5, 2015, from counsel for Plaintiff to Plaintiff.

FURTHER AFFIANT SAYETH NOT.

_____
Steven E. Achelpohl

STATE OF NEBRASKA )
                              ) ss.
COUNTY OF DOUGLAS )

SUBSCRIBED AND SWORN to before me this 9 day of February, 2015.

GENERAL NOTARY - State of Nebraska
KATHLEEN D. STASTNY
My Comm. Exp. May 27, 2017

_____
Notary Public

12372-1/6836769