IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANGHAI FORETEX FASHION CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> WES AND WILLY, LLC, RYCAM, INC., WILLIAM J. MULLEN, <br><br> Defendants. | **8:14CV106** <br><br> **ORDER** |

New counsel has entered an appearance on behalf of the plaintiff.

Accordingly,

IT IS ORDERED:

1) The motion to permit Steven E. Achelpohl and Gross & Welch, PC, LLO, to withdraw as counsel for Plaintiff, Shanghai Foretex Fashion Co., Ltd., (filing no. 70), is granted.

2) A telephonic conference with the undersigned magistrate judge remains scheduled to be held on **February 25, 2015** at **9:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

February 23, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge