IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANGHAI FORETEX FASHION CO. LTD,) <br> Plaintiff, <br><br> vs. <br><br> WES AND WILLY, LLC, et al, <br> Defendants. | CASE NO: 8:14cv106 <br><br> ORDER <br> TO WITHDRAW EXHIBITS <br> OR TO SHOW CAUSE WHY <br> EXHIBITS SHOULD NOT BE <br> DESTROYED |

Pursuant to NECivR 79.1(f), counsel for parties, shall either 1) withdraw the following exhibit previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibit should not be destroyed:

Exhibit number(s): Restricted Court Exhibit #1 (Handwritten Settlement Agreement)

(Exhibit has been scanned and attached to Exhibit List at filing #82)

Hearing type(s):   Settlement Conference hearing

Date of hearing(s):  March 27, 2015

If counsel fails to withdraw this exhibit as directed or to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the listed exhibit without further notice to the parties or order from the court.

IT IS SO ORDERED.

September 24, 2015

s/ Cheryl R. Zwart
United States Magistrate Judge